UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REETU RANI,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:25-cv-01881-DAD-SCR<br><br>ORDER GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 1) |

On December 16, 2025, petitioner Reetu Rani filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 challenging petitioner's detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  On December 22, 2025, the court granted petitioner's motion for temporary restraining order (Doc. No. 2) and directed the parties to meet and confer and submit a joint proposed briefing schedule with respect to any motion for a preliminary injunction.  (Doc. No. 13.)  On January 5, 2026, the parties filed a stipulation agreeing that the parties had no further briefing or evidence to present, and the petition for writ of *habeas corpus* was ripe for decision based on the present record and briefing.  (Doc. No. 14.)

The court adopts its prior reasoning set forth in its December 22, 2025 order granting petitioner's motion for a temporary restraining order (Doc. No. 13) and will grant petitioner's petition for writ of habeas corpus (Doc. No. 1).

1

For the reasons explained above,

1.  Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner written notice and a pre-detention hearing before a neutral adjudicator; and

2.  The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:  **August 11, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2